■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT SPRY, Appellant.— Motion granted to prosecute appeal on original papers, five

typewritten briefs, and Clark J. Zimmerman Esq., of Batavia, assigned as counsel to conduct appeal and time for argument of appeal enlarged to include November 1960 Term.